UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| WILLIE JERMILLE DODSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| KILOLO KIJAKAZI, | ) | 5:21-CV-506-BO |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** the Court concludes that the decision is supported by substantial evidence and the correct law was applied. The decision of the Commissioner is therefore AFFIRM ED. Plaintiff's motion for summary judgment [DE 9] is DENIED and defendant's motion for judgment on the pleadings [DE 12] is GRANTED.

**This judgment filed and entered on November 14, 2022, and served on:**
Scott Scurfield (via CM/ECF NEF)
David Mansfield (via CM/ECF NEF)
Dianne Samu (via CM/ECF NEF)
Lisa Rayo (via CM/ECF NEF)
Samantha Zeiler (via CM/ECF NEF)

November 14, 2022

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk